**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 913
SCRANTON, PA 18501-0913

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**THOMAS I. VANASKIE**
CHIEF JUDGE

TEL. (570) 207-5720

June 15, 2006

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

**SELF INITIATED
AMENDMENT**

Re: Calendar Year 2005 Filing

TO WHOM IT MAY CONCERN:

I am writing to amend my Annual Financial Disclosure Report for 2005. Specifically, the report is amended to include as a reimbursement under Section 4 of the report the following:

| Source | Description |
| --- | --- |
| Nemacolin Woodlands Resort & Spa | July 11-July 13, 2005 - Nemacolin Resort, Farmington, PA - (lodging incident to Third Circuit Judicial Conference) |
| Pennsylvania Bar Association - Young Lawyers Division | July 29-31, 2005 - Cumberland, MD PBA 2005 YLD Summer Conference (Lodging) |

If you have any questions or concerns with respect to this amendment, please do not hesitate to contact me.

Sincerely,



Thomas I. Vanaskie, Chief Judge
Middle District of Pennsylvania

TIV/rd

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 913
SCRANTON, PA 18501-0913

**THOMAS I. VANASKIE**
CHIEF JUDGE

TEL. (570) 207-5720

May 18, 2006

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re: Calendar Year 2005 Filing

TO WHOM IT MAY CONCERN:

I am writing to clarify two lines on my recently filed Financial Disclosure Report for calendar year 2005. Lines 12 and 13 in Section VII, Investments and Trusts, concerning "Nuveen Preferred and Conv. Income Fund" and "Evergreen Money Market Fund" are part of IRA #1. Accordingly, separate entries for income and gross value at the end of the reporting period have not been included on lines 12 and 13.

If you have any questions or concerns with respect to this matter, please do not hesitate to contact me.

Sincerely,



Thomas I. Vanaskie, Chief Judge
Middle District of Pennsylvania

TIV/rd

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Vanaskie, Thomas I | 2. Court or Organization  U.S.Dist.Ct. M.D. of PA | 3. Date of Report  05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ☐ Nomination,  Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  P.O. Box 913  Scranton, PA 18501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 1/1/2005 - 4/6/2005 | Scranton Community Medical Center Board of Trustees |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Greater Scranton YMCA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]    NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Pennsylvania Bar Institute | June 2, 2005 Harrisburg, PA - 22nd Annual Criminal Law Symposium (Transportation) |
| 2. | American Bar Association | October 20, 2005 Philadelphia, PA - Law Practice Management Section Fall Meeting and Seminar (Transportation) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Federal Supplement and F.R.D. | West Publishing Co. | $ 3000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie Mae (Formerly College Credit) | Loan for child's college education | J |
| 2. Capital One | Credit Card | J |
| 3. MBNA | Credit Card | J |
| 4. Nelnet | Loan for ███ college education | M |
| 5. ACS | Loan for ███ college education | L |
| 6. Capital One | Personal Loan | J |
| 7. Citibank | Credit Card | J |
| 8. Chase | Credit Card | K |
| 9. American Express | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | A | Div. & Int. | M | T | | | | | |
| 2. -AIM Weingarten Mutual Fund | | | | | | | | | |
| 3. -Davis NY Venture Mutual Fund | | | | | | | | | |
| 4. -Jennison Utility Fund, Class A | | | | | | | | | |
| 5. -Lord Abbett Affiliated Mutual Fund | | | | | | | | | |
| 6. -Gabelli Value Mutual Fund | | | | | | | | | |
| 7. -Janus Investment Worldwide Mutual Fund | | | | | | | | | |
| 8. -Robertson Stephens Inv. Trust - Emerging Growth Fund | | | | | | | | | |
| 9. -John Hancock Global Tech Fund | | | | | | | | | |
| 10. -Nokia Common Stock | | | | | | | | | |
| 11. -Vasomedical Common Stock | | | | | | | | | |
| 12. Nuveen Preferred and Conv. Income Fund | | | | | | | | | |
| 13. Evergreen Money Market Fund | | | | | | | | | |
| 14. IRA #2 | A | Dividend | J | T | | | | | |
| 15. -Lord Abbett Affiliated Mutual Fund | | | | | Sold | 4/7 | J | A | |
| 16. Penn Security Bank Account | A | Interest | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Vanaskie, Thomas I | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B 1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII of the Report

All mutual funds and equity investments have automatic reinvestment features, with income from those funds and equities used to purchase additional shares. Consistent with reports for prior years, I have divided investment assets by IRA account. Dividing assets by account in which they are held helps explain multiple listing of various assets.

In accordance with advice on p. 52 of the Filing Instructions, deposits into and withdrawals from the money market fund have not been reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544